COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES, | § | No. 08-11-00336-CV |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
|  | § |  |
| FRANKY BLOBERG, | § | (TC# 2009-4901) |
| Appellee. |  |  |

## **MEMORANDUM   OPINION**

Pending before the Court is Appellant's motion for voluntary dismissal of this appeal.   *See* TEX.R.APP.P. 42.1(a)(1).   The motion is granted, and this appeal is dismissed.   Costs of appeal are assessed against Appellant.   *See* TEX.R.APP.P. 42.1(d).   Appellant's motion for extension of time to file the brief is denied as moot.


February 8, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.